UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>Plaintiff | CIVIL NO. 3:21-cv-00541 (RNC) |
| v. | |
| JENNIFER KOWALSKI<br>Defendant. | MAY 5, 2021 |

## **MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), the Defendant Jennifer Kowalski ("Defendant"), by and through undersigned counsel, respectfully moves for an extension of time of thirty (30) days, up to and including June 9, 2021, to respond to Plaintiff The Prudential Company of America's ("Plaintiff") Complaint dated April 19, 2021 and respond to Plaintiff's motion for preliminary injunctive relief of the same date.

There is good cause for an extension. The Plaintiff filed a motion for expedited discovery with its action. Since that time, the parties had been engaged extensive discussions to reach an agreement as to expedited discovery, specifically a forensic review of the Defendant's devices. The parties entered an agreed-upon stipulated order on April 27, 2021 and a forensic review is under way.

This is Defendant's first request for such an extension of time. The Defendant reached out to the Plaintiff's counsel for consent, but has not received a response. Plaintiff's counsel has indicated that he is currently on trial with limited access to email. The Defendant will update the Court when and if it receives consent from the Plaintiff.

For the foregoing reasons, Defendant respectfully requests the Court grant this extension.

Respectfully submitted,

THE DEFENDANT

JENNIFER KOWALSKI

By_______/s/ *Alexa T. Millinger*_________

Alexa T. Millinger (ct29800)
Lisa A. Zaccardelli (ct07983)
HINCKLEY ALLEN & SNYDER, LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
amillinger@hinckleyallen.com
Telephone: (860) 331-2856
Facsimile: (860) 278-3802
Her Attorneys

## CERTIFICATION

I hereby certify that on May 5, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ *Alexa T. Millinger*_______________
Alexa T. Millinger